**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(SOUTHERN DIVISION)

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/b/o EASE PAINTING AND CONSTRUCTION, INC.**, <br>                    Plaintiff, <br><br> vs. <br><br> **FEDERAL INSURANCE COMPANY, et al.**, <br>                    Defendants. | **Case No. 8:20-cv-02793-GJH** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereto, by undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims and counterclaims herein brought, with prejudice.

November 19, 2021

Respectfully submitted,

*/s/ Joseph L. Katz*
Joseph L. Katz (Bar No. 28029)
Katz Law, LLC
6701 Democracy Boulevard
Suite 300
Bethesda, MD 20817
Telephone: (410) 499-2615
E-mail: joe@joekatzlaw.com
***Attorneys for Plaintiff United States of America f/u/b/o EASE Painting and Construction, Inc.***

*/s/   Nicole L. Campbell*
Lucas F. Webster (Bar No. 14225)
Nicole L. Campbell (Bar No. 14336)
Huddles, Jones, Sorteberg & Dachille, P.C.
10211 Wincopin Circle
Suite 200
Columbia, Maryland  21044
Telephone:  (301) 621-4120
Facsimile:  (301) 621-4473
E-mail: webster@constructionlaw.com
E-mail: campbell@constructionlaw.com
***Attorneys for Defendants Federal Insurance Company and Harkins Builders, Inc.***